UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

Revised 07/07 WDNY

**FILED**
**OCT 1 7 2024**
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

_Angel T. Calderon_

Jury Trial Demanded: Yes **X** No____

_____
Name(s) of Plaintiff or Plaintiffs

-vs-

_Ceo ( Center of employment Opportunity, 16 E. main st Rochester ny, 14614_

**DISCRIMINATION COMPLAINT**
_24_ -CV- _6608 CJS_

_____
Name of Defendant or Defendants

You should attach a copy of your **original Equal Employment Opportunity Commission (EEOC) complaint**, a copy of the Equal Employment Opportunity Commission **decision**, AND a copy of the **"Right to Sue"** letter you received from the EEOC to this complaint. Failure to do so may delay your case.

**Note:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.*

This action is brought for discrimination in employment pursuant to *(check only those that apply)*:

**X**___ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub.L.No. 102-166) (race, color, gender, religion, national origin).
   **NOTE:** In order to bring suit in federal district court under Title VII, you **must first obtain a right to sue letter** from the Equal Employment Opportunity Commission.

_____ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621-634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub.L.No. 99-592, the Civil Rights Act of 1991, Pub.L.No. 102-166).
   **NOTE:** In order to bring suit in federal district court under the Age Discrimination in Employment Act, you **must first file charges** with the Equal Employment Opportunity Commission.

_____ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112-12117 (amended by the Civil Rights Act of 1991, Pub.L.No. 102-166).
   **NOTE:** In order to bring suit in federal district court under the Americans with Disabilities Act, you **must first obtain a right to sue letter** from the Equal Employment Opportunity Commission.

**JURISDICTION** is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343. Jurisdiction may also be appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991, Pub.L.No. 102-166, and any related claims under New York law.

**In addition to the federal claims indicated above**, you may wish to include New York State claims, pursuant to 28 U.S.C. § 1367(a).

X        New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297  (age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status).

**PARTIES**

1.    My address is: 5 feed Park , rochester ny 14605

My telephone number is: 585-500-2952

2.    The name of the employer(s), labor organization, employment agency, apprenticeship committee, state or local government agency who I believe discriminated against me is/are as follows:

Name:

Number of employees: Unknown

Address: 16 East main1 St, Suite 700 rochester ny, 14614

3.    (If different than the above), the name and/or the address of the defendant with whom I sought employment, was employed by, received my paycheck from or whom I believed also controlled the terms and conditions under which I were paid or worked.  (For example, you worked for a subsidiary of a larger company and that larger company set personnel policies and issued you your paycheck).

Name:

Address:

**CLAIMS**

4.    I was first employed by the defendant on (date): 9-23-24

5. As nearly as possible, the date when the first alleged discriminatory act occurred is: _____ _____ Oct 2-3 _____

6. As nearly as possible, the date(s) when subsequent acts of discrimination occurred (if any did): _____ Oct2 and Oct 3 _____

7. I believe that the defendant(s)

a. __X__ Are still committing these acts against me.
b. _____ Are not still committing these acts against me.
(Complete this next item **only** if you checked "b" above) The last discriminatory act against me occurred on (date) _____
_____

8. (Complete this section **only** if you filed a complaint with the New York State Division of Human Rights)

The date when I filed a complaint with the New York State Division of Human Rights is

_____
_ (estimate the date, if necessary)

I filed that complaint in (identify the city and state): _____

_____

The Complaint Number was: _____

9. The New York State Human Rights Commission did _____ /did not _____ issue a decision. (**NOTE:** If it **did** issue a decision, you **must attach** one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

10. The date (if necessary, estimate the date as accurately as possible) I filed charges with the Equal Employment Opportunity Commission (EEOC) regarding defendant's alleged discriminatory conduct is: _____

11. The Equal Employment Opportunity Commission did _____ /did not __did not X__ issue a decision. (**NOTE:** If it **did** issue a decision, you **must attach** one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

12. The Equal Employment Opportunity Commission issued the attached Notice of Right to Sue letter which I received on: _____. (**NOTE:** If it

3

**did** issue a Right to Sue letter, you **must attach** one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

13.    I am complaining in this action of the following types of actions by the defendants:

a. _____    Failure to provide me with reasonable accommodations to the application process

b. _____    Failure to employ me

c. _____    Termination of my employment

d. _____    Failure to promote me

e. _____    Failure to provide me with reasonable accommodations so I can perform the essential functions of my job

f. _____    Harassment on the basis of my sex

g. ___X___    Harassment on the basis of unequal terms and conditions of my employment

h. ___X___    Retaliation because I complained about discrimination or harassment directed toward me

i. ___X___    Retaliation because I complained about discrimination or harassment directed toward others

j. _____    Other actions (please describe) _____
_____
_____

14.    Defendant's conduct is discriminatory with respect to which of the following *(check all that apply)*:

a. __✓__    Race                     f. _____    Sexual Harassment

b. _____    Color                   g. _____    Age
                                                 _____ Date of birth

c. _____    Sex
                                        h. _____    Disability
d. __✓__    Religion              Are you incorrectly perceived as being
                                        disabled by your employer?
e. _____    National Origin           ____ yes ____ no

15.    I believe that I was ___X(was)___/was not _____ **intentionally** discriminated against by the defendant(s).

4

16. I believe that the defendant(s) is/are _i5_ is not/are not _____ still committing these acts against me. (If you answer is that the acts are not still being committed, state when: _____ and why the defendant(s) stopped committing these acts against you: _____
_____

17. **A copy of the charge to the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of my claim.** (**NOTE:** You **must** attach a copy of the **original complaint** you filed with the Equal Employment Opportunity Commission and a copy of the **Equal Employment Opportunity Commission affidavit** to this complaint; failure to do so will delay initiation of your case.)

18. The Equal Employment Opportunity Commission *(check one)*:
    __X__ **has not** issued a Right to sue letter
    _____ **has** issued a Right to sue letter, which I received on _____

19. State here as briefly as possible the *facts* of your case. Describe how each defendant is involved, including *dates* and *places*. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. *(Use as much space as you need. Attach extra sheets if necessary.)*

Oct 2 i was Work on Crew 2 JobSite Superviser was having an attitude with a fellow Work who Said "i was on the phone with Parole", well She had Some type of Conversation with him i grabbed her garbage bag threw it away gave her a new bag ppl where getting Stranded at Jobsites for not keeping up why i helped her Out JobSite Supervisa dropped me and her off i then Called Job Coach ruby about Situation She told me he had no write dropping me off and telling me i was fired Come in next day Oct 3rd i did and wasn't allowed to Work i recorded Conversation of Oct 3rd never met the guy i was Suppose to Me ruby Still tells me to Come to Work and all Jobsite Superviser are telling me i can't Work. Never recieved no pay check till recent date. muslim hispanic iam

**FOR LITIGANTS ALLEGING AGE DISCRIMINATION**

20. Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct
    _____ 60 days or more have elapsed    _____ less than 60 days have elapsed

**FOR LITIGANTS ALLEGING AN AMERICANS WITH DISABILITIES ACT CLAIM**

21. I first disclosed my disability to my employer (or my employer first became aware of my disability on _____

22.    The date on which I first asked my employer for reasonable accommodation of my disability is _____

23.    The reasonable accommodations for my disability (if any) that my employer provided to me are: _____

_____

_____

24.    The reasonable accommodation provided to me by my employer were _____ /were not _____ effective.

**WHEREFORE**, I respectfully request this Court to grant me such relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

Dated: 10-17-24

Plaintiff's Signature

6